# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF MISSOURI
# WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | No. 06-00018-01-CR-W-GAF |
| RAMON FAVELA-CERVANTES, | ) ) ) | |
| Defendant. | ) | |

## FINAL ORDER OF FORFEITURE

This matter is before the Court on the Motion of the United States for a Final Order of Forfeiture. On March 1, 2009, this Court entered a Preliminary Order of Forfeiture forfeiting the following property to the United States:

$11,900 in United States Currency.

Pursuant to the Court's Preliminary Order of Forfeiture, notice of the forfeiture of the above-described property was published in *The Pulse Legal Publication*, a daily newspaper of general circulation published in Jackson County, Missouri, on November 2, 2009, November 9, 2009, and November 16, 2009.

Based upon the plea agreement, the Court finds that the defendant Ramon Favela-Cervantes had an interest in the property that is subject to forfeiture pursuant to 21 U.S.C. § 853.

Accordingly, it is hereby ORDERED:

1. Plaintiff's Motion for a Final Order of Forfeiture is hereby granted, and the above-described property is hereby forfeited to the United States pursuant to 21 U.S.C. § 853, and is to be disposed of according to law.

2.  All other persons claiming any right, title, or interest in or to the above-referenced property are held in default.

3.  The claims and interests of any other persons or parties are forever foreclosed and barred.

4.  All right, title and interest to the property described above is hereby condemned, forfeited and vested in the United States of America, and shall be disposed of according to law.

5.  The Court shall retain jurisdiction to enter any orders necessary to amend or enforce this order.

SO ORDERED this 24th day of  March , 2010.

                                                  s/ Gary A. Fenner
                                                Gary A. Fenner, Judge
                                                United States District Court